UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Government,<br><br>-against-<br>JEAN CARLOS RUIZ-SALAS,<br><br>                              Defendant. | 25MAG2618<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Defendant appeared before the Court and waived venue pursuant to Federal Rule of Criminal Procedure 58(c)(2)(B). Accordingly, the Clerk of Court for the Southern District of New York is respectfully directed to notify the Clerk of Court for the Western District of Texas that Case No. DR: 25-666M-01 has been transferred to this Court.

DATED: September 16, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge