UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Government,

-against-

JEAN CARLOS RUIZ-SALAS,

            Defendant.

25MAG2618

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On or about March 10, 2025, a criminal complaint was filed in the United States District Court for the Western District of Texas, charging the Defendant JEAN CARLOS RUIZ-SALAS with one count of improper entry by an alien, 8 U.S.C. § 1325(a)(1), a Class B misdemeanor.

On September 16, 2025, the Defendant appeared in the United States District Court for the Southern District of New York. The Defendant voluntarily waived venue in the Western District of Texas and consented to the transfer of the case to the Southern District of New York. The Defendant further entered a plea of guilty on September 16, 2025 and sentencing was put off until September 17, 2025.

DATED: September 16, 2025
          New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky/*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge