UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Government,

-against-

JEAN CARLOS RUIZ-SALAS,

                Defendant.

25MAG2618

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On or about March 10, 2025, a criminal complaint was filed in the United States District Court for the Western District of Texas, charging the Defendant JEAN CARLOS RUIZ-SALAS with one count of improper entry by an alien, 8 U.S.C. § 1325(a)(1), a Class B misdemeanor.

On September 16, 2025, the Defendant appeared in the United States District Court for the Southern District of New York. The Defendant voluntarily waived venue in the Western District of Texas and consented to the transfer of the case to the Southern District of New York. The Defendant further entered a plea of guilty and was sentenced in accordance with the judgment on September 17, 2025, on which date a Judicial Order of Removal to Ecuador was entered.

DATED: September 17, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge