UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Government,

  -against-

JEAN CARLOS RUIZ-SALAS,

              Defendant.

25MAG2618

ORDER

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    In light of the Defendant's guilty plea on September 16, 2025 and sentence imposed on September 17, 2025, the United States Marshals Service is ORDERED to release the Defendant from its custody pending any other holds.

DATED: September 17, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge